# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 15bk42040 |
| | ) | Chapter 13 |
| Carla L. Smith, | ) | |
| | ) | |
| Debtor. | ) | Judge LaShonda A. Hunt |
| | ) | |

## NOTICE OF DEADLINE FOR FILING COMPLAINT UNDER § 523(a)(6)

Debtor Carla L. Smith has a pending case before this court with a confirmed Chapter 13 plan for which payments are not yet completed. Counsel for debtor has moved this court for a hardship discharge under 11 U.S.C. § 1328(b). Pursuant to Fed. R. Bankr. P. 4007(d), "the court shall enter an order fixing the time to file a complaint to determine the dischargeability of any debt under § 523(a)(6) and shall give no less than 30 days' notice of the time fixed to all creditors in the manner provided in Rule 2002."

Accordingly, you are hereby notified that you must file a complaint if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(6), by **February 12, 2021**. The bankruptcy clerk's office must receive the complaint and any required filing fee by the deadline.

The Clerk's Office is directed to serve this notice on the appropriate parties.

Dated: January 8, 2021

ENTER:

*LaShonda A. Hunt*
LaShonda A. Hunt
U. S. Bankruptcy Judge